UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

| Case No. | SACR 13-0179(A)-DOC | Date | June 13, 2014 |
|---|---|---|---|

| Present: The Honorable | David O. Carter, U.S. District Judge |
|---|---|
| Interpreter | None |

| Julie Barrera | Debbie Gale | Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) ANTHONY DUONG DONNER | X | | X | 2) Donald Etra | X | | X |

**Proceedings:** STATUS CONFERENCE RE: DISCOVERY

    The case is called and counsel make their appearances. The Court confers with counsel and defendant regarding Pretrial Diversion. The Court approves the government to defer the prosecution of the case to allow the defendant to complete Pretrial Diversion under the supervision of Pretrial Services.

    The government is directed to notify Pretrial Services. The Court orders the Bond to be modified per the Pretrial Diversion Agreement. The Status Conference re: Discovery is vacated.

cc: PSA

                                                       : 05

Initials of Deputy Clerk    jcb